# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| EFRAIN A. M. R. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-3165-S-BK |
| KRISTI NOEM, et al. | § § § | |

## ORDER

The Court is in receipt of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") [ECF No. 12]. After the FCR was issued, the Fifth Circuit issued its opinion in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), which may directly impact this case. Accordingly, the Court **ORDERS** the parties to provide supplemental briefing on the effect of *Buenrostro-Mendez* on the Petition for Writ of Habeas Corpus [ECF No. 1] by no later than **March 25, 2026**. Any responses must be filed by **April 1, 2026**.

The recommendation in the FCR regarding Petitioner's Request for Temporary Restraining Order ("TRO Motion") [ECF No. 4] is not affected by *Buenrostro-Mendez*. The Court **DENIES** the TRO Motion for the reasons set forth in the FCR, namely that it "seeks the same ruling on the merits as the habeas petition" and thus improperly seeks ultimate relief. FCR 5.

**SO ORDERED.**

SIGNED March 11, 2026.

_____
**UNITED STATES DISTRICT JUDGE**