# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

E.A. M. R.　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 3:25-CV-3165-S-BK
　　　　　　　　　　　　　　　　§
KRISTI NOEM, et al.　　　　　　　§
　　　　　　　　　　　　　　　　§

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 18, 2026.

_____
**UNITED STATES DISTRICT JUDGE**